■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MARTIN, Appellant. [942 NYS2d 115]—Order, Supreme Court, Bronx County (John P. Collins, J.), entered May 3, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously reversed, on the law, and the matter remanded for de novo proceedings on the motion.

Defendant was eligible for consideration for resentencing even though he had been released from custody on his underlying drug conviction but reincarcerated for a parole violation (*see People v Paulin,* 17 NY3d 238 [2011]).

The court ruled in the alternative that substantial justice dictated that defendant's motion be denied. However, defendant was denied his right to be "brought before the court and given an opportunity to be heard" (*People v Soler,* 45 AD3d 499 [2007], *lv dismissed* 9 NY3d 1009 [2007]). The court issued its order by mail several weeks in advance of defendant's first scheduled appearance before it. Therefore, defendant had no opportunity to be heard on the issue of whether substantial justice dictated denial of his motion (*see People v Scarborough,* 88 AD3d 585, 585 [2011]).

We have considered and rejected the People's arguments concerning preservation. Concur—Tom, J.P., Friedman, Catterson, Acosta and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [944 NYS2d 712]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Laura A. Ward, J.), rendered on or about May 19, 2009, and said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Catterson, Acosta and Freedman, JJ.